UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY _____ D.C.

05 NOV -7 PM 4: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-vs-

**LISA ANDERSON**

Case No. 2:04cr20230-03-B

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- Stephen R. Leffler, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

## TYPE OF APPOINTMENT

- Other: Re-Sentencing

**DONE** and **ORDERED** in 167 North Main, Memphis, this _7th_ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
LISA ANDERSON

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-8-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:04-CR-20230 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT